# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KELVIN W. DANTZLER,
    Petitioner,

    v.                                     C.A. No. 19-288-WES

STATE OF RHODE ISLAND, et al.
    Respondents.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Text Order entered on August 16, 2019, judgment is hereby entered dismissing this action in accordance with Fed. R. Civ. P. 58.

August 16, 2019                By the Court:

                                            /s/Hanorah Tyer-Witek,
                                            Clerk of Court